ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 0 6 2023

Kevin P. Weimer, Clerk
By
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAVION WILLIAMS | Criminal Indictment<br><br>No. **1:23-CR-0394** |

THE GRAND JURY CHARGES THAT:

### Count One

**(Keys or Locks Stolen or Reproduced - Title 18, United States Code § 1704)**

On or about March 1, 2023, in the Northern District of Georgia, the defendant, TAVION WILLIAMS, did steal and purloin from United States Postal Carrier C.F., a United States Postal Arrow Key, a key suited to locks adopted by the Postal Service and in use on lock bag, lock drawer, and other authorized receptacle for the deposit of mail matter, in violation of Title 18, United States Code, Section 1704.

### Count Two

**(Mail, Money, or other Property of United States –**
**Title 18, United States Code § 2114(a))**

On or about March 1, 2023, in the Northern District of Georgia, the defendant, TAVION WILLIAMS, did assault United States Postal Carrier C.F., a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with the intent to rob, steal and purloin said mail

matter, money, and other property of the United States, and in doing so the defendant, TAVION WILLIAMS, put the life of the said United States Postal Carrier C.F., in jeopardy by the use of a dangerous weapon, that is a Taurus G3X 9x19 firearm, in violation of Title 18, United States Code, Section 2114(a).

### Count Three
### (Brandishing a Firearm during a Crime of Violence – 18 U.S.C. § 924(c))

On or about March 1, 2023, in the Northern District of Georgia, the defendant, TAVION WILLIAMS, did knowingly carry and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, assault, in violation of Title 18, United States Code, Section 2114(a), as alleged in Count Two of this Indictment, and during and in relation to the commission of the offense, did brandish a firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(ii).

### Forfeiture Provision

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, TAVION WILLIAMS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds traceable to said offense and, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

(a) MONEY JUDGEMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count Two of this Indictment.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, TAVION WILLIAMS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A _____ True Bill _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

*Stephanie Gabay-Smith*

STEPHANIE GABAY-SMITH
 *Assistant United States Attorney*
Georgia Bar No. 663519
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4